Steven WATTS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 42236.

Missouri Court of Appeals,
Western District.

July 24, 1990.

Jacqueline K. McGreevy, Asst. Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Stewart M. Freilich, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J. and CLARK and BERREY, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 29.15 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).

Edward D. BAKER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 42584.

Missouri Court of Appeals,
Western District.

July 31, 1990.

John A. Klosterman, Columbia, for appellant.

William L. Webster, Atty. Gen., Frank A. Jung, Asst. Atty. Gen., Jefferson City, for respondent.

Before NUGENT, C.J., ULRICH, J., and WASSERSTROM, Senior Judge.

ORDER

PER CURIAM:

Defendant appeals from the denial of his Rule 24.035 motion for post-conviction relief, after an evidentiary hearing.

The denial of post-conviction relief is affirmed. Rule 84.16(b).

Mario VARGAS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 43123.

Missouri Court of Appeals,
Western District.

Dec. 4, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied
Jan. 29, 1991.

David S. Durbin, Appellate Defender, Terri L. Backhus, Asst. Appellate Defender, Office of State Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., M. Melissa Manda, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and FENNER and ULRICH, JJ.

ORDER

PER CURIAM:

Appeal from denial of Rule 29.15 motion for postconviction relief without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).